UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CR515 HEA |
| ) | |
| TERAN WILLIS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Wednesday, February 15, 2012, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 13th day of February, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE